## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| DoALL COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: _____ |
| AIR INDUSTRIES MACHINING CORPORATION, a New York corporation, | ) ) ) ) |
| Defendant. | ) |

### VERIFIED COMPLAINT

NOW COMES Plaintiff, DoALL COMPANY ("DoALL"), by and through its attorneys, Sorling Northrup, David A. Rolf and Kirk W. Laudeman, of Counsel, and for its Complaint against Defendant, AIR INDUSTRIES MACHINING CORPORATION, a New York corporation, states as follows:

### Parties

1. DoALL is an Illinois corporation having its principal place of business at 1480 South Wolf Road, Wheeling, Illinois, and is engaged, *inter alia*, in the business of selling industrial cutting tools, industrial band saws, and various other industrial supplies.

2. Defendant, Air Industries Machining Corporation is a New York corporation having its principal place of business at Bay Shore, New York.

## Venue and Jurisdiction

3. At all times referenced in this Complaint, DoALL has maintained its corporate headquarters (the "Headquarters") at either 254 North Laurel Street, Des Plaines, Illinois or 1480 South Wolf Road, Wheeling, Illinois.

4. This Court has jurisdiction of this action pursuant to 28 U.S.C. §1332 because:

   (a) There is complete diversity of citizenship between Plaintiff and Defendants; and

   (b) The amount in controversy exceeds $75,000.00, exclusive of interest and costs.

5. Venue is proper pursuant to 28 U.S.C. §1391.

## Description of DoALL's Business

6. DoALL manufactures and distributes precision tools and provides services related thereto, by way of customized industrial tool vending machines and related computers ("Vending Equipment") located in customer facilities. In conjunction with the sale of tools, DoALL provides services to its customers which include, among other things, replenishing product inventory and maintenance of Vending Equipment.

## Breach of Contract

7. On or about February 21, 2011, authorized personnel from the Air Industries executed and delivered to DoALL at the Headquarters that certain "Dispensing Equipment Agreement (the "Agreement"). A true and accurate copy of said Agreement is attached hereto and marked as **Exhibit A**.

8. Pursuant to the Agreement, DoALL was to provide various goods and services to Air Industries beginning March 1, 2011.

9. Goods which were to be supplied under the Agreement were to be provided to Air Industries' employees through Vending Equipment.

10. Under the Agreement, Air Industries agreed to the extent DoALL provided goods to Air Industries, Air Industries agreed "(i) that such good shall be invoiced to Recipient [Air Industries] by DoALL upon their arrival at the premises; and (ii) that Recipient [Air Industries] shall be bound in respect of the purchase of such goods by DoALL's standard invoice terms and conditions (the "Terms")", a copy of which is attached as **Exhibit B**, and incorporated herein.

11. DoALL performed all of the obligations for which it was obligated under the Agreement.

12. Between March 1, 2011 and termination of the Agreement (the "Term"), DoALL delivered pursuant to the Agreement goods and services to Air Industries.

13. DoALL sent Air Industries invoices for the delivered goods.

14. Despite demand for payment, Air Industries has failed and refused, and continues to fail and refuse to pay for certain of the delivered goods referenced above in the amount of $305,174.52, plus $5,249.90 in collection costs.

15. Pursuant to the terms of the Agreement and invoices, DoALL is entitled to interest on the unpaid balance of amounts due.

16. Pursuant to the terms of the Agreement and invoices, DoALL is entitled to recover its costs of collection, including reasonable attorneys' fees.

WHEREFORE, Plaintiff, DoALL COMPANY, an Illinois corporation, respectfully requests that this Court enter judgment in favor of DoALL Company and against Defendant, AIR INDUSTRIES MACHINING CORPORATION, a New York corporation, in the amount of $310,424.42, plus interest to date of judgment, and costs and attorneys' fees.

DoALL COMPANY,
an Illinois corporation,

By: /s/ David A. Rolf
One of Its Attorneys

David A. Rolf, of Counsel (ARDC #6196030)
Kirk W. Laudeman, of Counsel (ARDC #6204915)
Attorneys for Plaintiff
Sorling Northrup
1 North Old State Capital Plaza, Suite 200
P.O. Box 5131
Springfield, IL 62705-5131
Telephone: (217)544-1144
Facsimile: (217)522-3173
E-Mail: darolf@sorlinglaw.com
E-Mail: kwlaudeman@sorlinglaw.com

## VERIFICATION

STATE OF ~~ILLINOIS~~ IOWA )
) SS
COUNTY OF Floyd )

Barbara DeBower, as Credit Manager of DoALL COMPANY, being first duly sworn on oath, deposes and states that he/she has read the foregoing Verified Complaint, and the statements made therein are true, correct, and complete to the best of his/her knowledge and belief.

*Barbara DeBower*

Subscribed and sworn to before me this 19th day of February, 2018.

*Connie J. Parson*
Notary Public
Connie J. Parson

10/10/18

44P335706 2/7/2018      Page 4 of 4